UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MORRIS JAMES YOUNG, SR.,

    Petitioner,

v.

    File No. 2:11-CV-365

    HON. ROBERT HOLMES BELL

ROBERT NAPEL,

    Respondent.
_____/

## FINAL ORDER

In accordance with the Opinion entered this date

**IT IS HEREBY ORDERED** that Petitioner's Objections (ECF No. 35) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Magistrate Judge Timothy P. Greeley's June 30, 2014 Report and Recommendation (ECF No. 34) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

Dated: July 23, 2014                        /s/ Robert Holmes Bell
                                                               ROBERT HOLMES BELL
                                                               UNITED STATES DISTRICT JUDGE